UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
CLERK'S OFFICE
JUL 13 2012
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Victor Castano
_Defendant_

CASE NUMBER: 11-20066

Upon motion of the _____ GOVERNMENT _____, it is ORDERED that a detention hearing is set for _____ 7/16/12 _____ * at _____ 1:00 p.m. _____
_Date_

before _____ THE DUTY MAGISTRATE JUDGE _____
_Name of Judicial Officer_

_____
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) and produced for the hearing.
_Other Custodial Official_

Date: 7/13/12

_Judicial Officer_
MAGISTRATE JUDGE MARK A. RANDON

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government or 5 days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion, if there is a serious risk that the defendant will flee or will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.