UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff

CRIMINAL NO. __11-CR-20066__

v.

__Victor Castano__

    Defendant

FILED
JUL 16 2012
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**APPEARANCE OF COUNSEL**

TO THE CLERK OF COURT:

Please enter my appearance as attorney on behalf of defendant _____
__Victor Castano__ in the above-entitled case.

__[signature]__
Signature

__David S. Steingold P29752__
Printed name and P number

__400 Monroe #280__
Address

__Det__     __MI__     __48226__
City     State     Zip Code

__313 9620000__
Telephone number

__detroitdefender@yahoo.com__
E-mail address

PLEASE CHECK THE APPROPRIATE BOX    ☐ Retained    ☒ CJA Appointment

Date: __7/16/12__

(Rev. 3/2012)