UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                    Case No. 2:11−cr−20066−RHC−MKM
                                         Hon. Robert H. Cleland

Victor Carlos Castano, et al.,

           Defendant(s),

_____/

**NOTICE TO APPEAR**

    The following defendant(s) are hereby notified to appear:  Victor Carlos Castano

    The defendant(s) shall appear before District Judge Robert H. Cleland at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 712, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL CONFERENCE:  August 29, 2014 at 03:00 PM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/L. Wagner
                                                               Case Manager

Dated:  August 13, 2014