UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

    Plaintiff,

v.                                        Case No.     11-20129 & 11-20066

VICTOR CARLOS CASTANO (D-12),

    Defendant.

_____/

**OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR SEVERANCE**

        On April 17, 2015 Defendant Victor Carlos Castano filed, under seal, a motion for severance. The motion rests on the argument that a joint trial with a particular co-Defendant would violate Defendant's right to confrontation. Since the time of filing the motion, however, that co-Defendant has pleaded guilty and will therefore not be tried with Defendant Castano. Accordingly,

        IT IS ORDERED that the April 17, 2015 motion to sever is DENIED AS MOOT.

         s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: September 23, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 23, 2015, by electronic and/or ordinary mail.

         s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\11-20129.Castano.Sever.wpd