AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan ▼

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   11-CR-20066 |
| VICTOR CARLOS CASTANO ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VICTOR CARLOS CASTANO                                                                                          .

Date:     10/19/2018

*Thomas J Gruscinski*
*Attorney's signature*

Thomas J. Gruscinski (D.C. Bar No. 412826)
*Printed name and bar number*

Convertino & Associates
424 N Main Street
Plymouth MI 48170

*Address*

tjg@convertino.net
*E-mail address*

(734) 927-9900
*Telephone number*

(734) 927-9904
*FAX number*